EXHIBIT A

(https://buffalonews.com/)

# THE BUFFALO NEWS

# Man stabbed in leg after altercation at strip club

**By Staff**
**(https://buffalonews.com/author/st**
*Published Sun, Aug 28, 2016*

(http://(https://facebook.com/sharer.php)t)

A man was stabbed in the leg early Sunday in an altercation at Pharaoh's Gentlemen's Club, according to the Buffalo Police Department.

███████ ████, ██, had been in a fight with several unknown subjects, police said. He was struck with an unknown sharp object in the right leg, creating a deep and large cut.

He was taken to the Erie County Medical Center for treatment but no information was provided on his condition.

O

(https://buffalonews.com/)(http://www.facebook.com/sharer.php)

# THE BUFFALO NEWS

# POLICE & COURTS

*By Staff (https://buffalonews.com/author/staff/)*
Published Mon, Oct 20, 2008

(http://twitter.com/share)(https://facebook.com/sharer.php)

-----

>Woman faces DWI charge after vehicle hits house

-----

>Pumpkin breaks window of LaSalle Avenue home

-----

>ATV operator tells police he is too drunk to drive



-----

>Man stabbed during fight in bowling alley bar



-----

>Four in vehicle arrested on multiple charges

Four people were arrested Thursday after police received a call of shots fired at Pharaoh's Gentlemen's Club in Cheektowaga.

State police, assisting Cheektowaga police, reported a vehicle was stopped leaving an Aero Drive parking lot without headlights on. The vehicle was stopped on Holtz Road, and people in the vehicle were seen dropping small pieces of a white material out the windows, troopers reported. No gun was found in the vehicle.

Arrested were George Doran, 24; John Evans, 25; Lawrence Vass, 24; and Courtney Callahan, 25, all of Buffalo.

They were all turned over to Cheektowaga police and charged with fifth-degree criminal possession of a controlled substance, fourth-degree criminal mischief, tampering with physical evidence, third-degree criminal trespass and forcible touching.

-----

>Three arrested in theft of wallet at gunpoint



-----

>Police probing hit-run that killed Hilbert student

Case 1:19-cr-00086-JLS-MJR    Document 36-1    Filed 02/24/20    Page 5 of 9



████████ ████ █████████ ████ ██ █ ████ student in █ ████ ████ ,

████ ███████ ██ ███ , ████ ███ █████ ████ ██████████ ████████ █████ , ████ ████████ ████ █ ████████████

████████████ ██ ████ █ ███ ███ ██ ████ , ████ ██ █ ██ ██ ███ ██ █ ██ ████ ███ █

████ ██ ████ ██ ██ ███ ████ .

| 0 |
|---|

There are no comments - be the first to comment



Civil War-era home in Fruit Belt gets one
last chance to avoid demolition
(/2019/08/01/civil-war-era-home-in-

## Know It Now

1. Strip club shooting in Niagara Falls, Ont., leaves two wounded. (https://buffalonews.com/2019/08/02/strip-club-shooting-in-niagara-falls-ont-leaves-two-wounded/) (https://buffalonews.com/2019/08/02/strip-club-shooting-in-niagara-falls-ont-leaves-two-wounded/)

2. "A Quiet Place 2" to film in North Tonawanda in September. (https://buffalonews.com/2019/08/02/a-quiet-place-2-to-film-in-north-tonawanda/) (https://buffalonews.com/2019/08/02/a-quiet-place-2-to-film-in-north-tonawanda/)

3. Here's how to get celebrities to send video messages to your friends and family. (https://buffalonews.com/2019/08/02/heres-how-to-get-celebrities-to-send-video-messages-to-your-friends-and-family/) (https://buffalonews.com/2019/08/02/heres-how-to-get-celebrities-to-send-video-messages-to-your-friends-and-family/)

4. Ray-Ray McCloud adds maturity, starts turning heads at Bills camp. (https://buffalonews.com/2019/08/02/ray-ray-mccloud-buffalo-bills-training-camp-receiver/) ☻ (https://buffalonews.com/2019/08/02/ray-ray-mccloud-buffalo-bills-training-camp-receiver/)

Case 1:19-cr-00086-JLS-MJR   Document 36-1   Filed 02/24/20   Page 6 of 9

(https://buffalonews.com/)

# THE BUFFALO NEWS

# TWO INDICTED ON CHARGES OF WIRE FRAUD CONSPIRACY

*By Staff (https://buffalonews.com/author/staff/)*
*Published Wed, Jan 12, 2000*

(http://(https://twitter.com/intent/tweet)

Two Erie County residents were indicted by a federal grand jury on charges relating to a former sweepstakes telemarketing operation, the U.S. attorney's office announced Wednesday.

Peter G. Gerace Jr., 32, of West Phalinger Road, Clarence, and Michael Geiger, 32, of Colonial Drive, City of Tonawanda, each were charged with a single count of conspiring to commit wire fraud.

According to Assistant U.S. Attorney Anthony M. Bruce, the two were owners of Advanced Distributing, 3109 Delaware Ave., Kenmore, which operated from late 1992 to February 1995. They're accused of of overseeing an operation that defrauded customers by trying to get them to participate in a non-existent "promotion" and falsely leading victims to believe they were in line to receive a new car or cash if they participated in the promotions.

If convicted as charged, each faces a maximum penalty of 5 years in prison and a $250,000 fine.

O

There are no comments - be the first to comment

o

---

Recommended for you

(https://buffalonews.com/) (http://www.facebook.com/sharer.php)

# THE BUFFALO NEWS

# POLICE & COURTS - Final

*By Staff (https://buffalonews.com/author/staff/)*
Published Wed, Nov 23, 2005

(http://twitter.com/share.php) (https://facebook.com/sharer.php)

Lackawanna cemetery is hit by vandals



-----

Buffalo man, 19, held on drug charges



Louis R. Hernandez, 19, was arrested at 5:15 p.m. in a Virginia Street store by officers who were investigating drug sales activity there, according to police.



-----

Two men plead guilty in telemarketing scam

The former operators of a Delaware Avenue sweepstakes telemarketing company pleaded guilty to wire fraud conspiracy and are facing federal prison terms.

The U.S. Attorney's office said Peter G. Gerace Jr., 38, of Buffalo, and Michael J. Geiger, 38, of the Town of Tonawanda, pleaded guilty Wednesday as their cases were about to go to trial.

From late 1992 until February 1995, the men ran Advanced Distributing Co., a Kenmore firm that cheated customers with promises that they could win a new Cadillac or up to $40,000 in cash, prosecutor Anthony M. Bruce said.

Telemarketing sales workers told customers they could receive the prizes as rewards if they purchased various high-priced products from the company. "In fact, the would-be customers had no chance of receiving these 'rewards,' " Bruce said.

Gerace and Geiger could face up to five years in federal prison, but under advisory sentencing guidelines, they would face prison terms in the range of eight to 12 months, the prosecutor said.

The men were indicted in 2000. Their cases were delayed by a lengthy pretrial dispute over evidence matters, Bruce said. Investigators from the FBI and other agencies worked on the case.

-----



-----

S. Grand Island Bridge is site of 3-vehicle crash



-----



