```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK


  UNITED STATES OF AMERICA,   *       Docket Number:
                                      1-19-CR-00086-JLS-MJR
                              *
                              *         Buffalo, New York
                v.            *         May 9, 2019
                              *         11:33 a.m.
                              *
  ANTHONY GERACE,             *         ARRAIGNMENT
                              *
              Defendant (1).  *
                              *
  * * * * * * * * * * * * * * *
```

                        TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE MICHAEL J. ROEMER
                     UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Government:              TRINI E. ROSS,
                                UNITED STATES ATTORNEY,
                                By JOSEPH M. TRIPI, ESQ.,
                                Assistant United States Attorney,
                                Federal Centre,
                                138 Delaware Avenue,
                                Buffalo, New York  14202,
                                Appearing for the United States.

For the Defendant:              THOMAS J. EOANNOU, ESQ.,
                                484 Delaware Avenue,
                                Buffalo, New York   14202



The Courtroom Deputy:           ROSALIE A. ZAVARELLA


Court Reporter/FTR transcriber:


                                BONNIE S. WEBER,
                                Notary Public,
                                Robert H. Jackson Courthouse,
                                2 Niagara Square,
                                Buffalo, New York  14202,
                                Bonnie_Weber@nywd.uscourts.gov.

Proceedings recorded by mechanical stenography, transcript produced by computer.

(Proceedings commenced at 11:33 a.m.)

**THE CLERK:** The United States District Court for the Western District of New York is now in session. The Honorable Michael J. Roemer presiding.

We're here on the matter of USA versus Anthony Gerace, case number 19-CR-86 for an arraignment.

Counsel, please state your name for the record.

**MR. TRIPI:** Joseph Tripi for the United States. Good afternoon, Judge.

**MR. EOANNOU:** Tommy Eoannou for Anthony Gerace. Good morning.

**THE COURT:** Good morning, counsel. We're here on an arraignment on a sealed indictment.

**MR. TRIPI:** Judge --

**THE COURT:** Mr. Tripi, you want to move to unseal the indictment?

**MR. TRIPI:** Yes. I move to unseal the indictment at this time.

**THE COURT:** And do you want to summarize the charges in the indictment and the possible maximum penalties?

**MR. TRIPI:** Yes, Judge. The indictment has three

charges and two forfeiture allegations.

The first charge relates to possession with intent to distribute marijuana in the -- in the Western District, here, on January 28, 2019.

The penalties for that count as charged would be a maximum term of imprisonment of five years and a $250,000 fine.

Count Two charges the defendant with on that same date, maintaining a drug involved premises at 9070 Michael Douglas Drive, Clarence Center, New York.

That count carries a maximum term of 20 years imprisonment and a $500,000 fine.

Count Three alleges possession of firearms in furtherance of drug trafficking, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), in sections -- in section two.

That count carries a five year mandatory minimum, up to a maximum of life, consecutive to any other count of conviction and a $250,000 fine.

The first forfeiture allegation relates to the property at 9070 Michael Douglas Drive, Clarence Center, New York, as well as a sum of currency seized from that location on January 28, 2019.  The sum of money is one thousand -- excuse me $103,360.

The second forfeiture allegation relates to the firearms and the various items of ammunition that were seized on

that date.

THE COURT:  Mr. Eoannou, you received a copy of the indictment, sir?

MR. EOANNOU:  I have, Your Honor.

THE COURT:  Do you waive further reading?

MR. EOANNOU:  We do.

THE COURT:  And how does your client plead?

MR. EOANNOU:  Not guilty.

THE COURT:  Okay.  We'll put a scheduling order in place.

How much time for discovery, Mr. Tripi?

MR. TRIPI:  Judge, if we can get 30 days for discovery -- as I told Mr. Eoannou before the Court came out, we're waiting on a couple of lab reports.

THE COURT:  Okay.

MR. EOANNOU:  No objection.

THE COURT:  Okay.  So 30 days for discovery.

THE CLERK:  June 10th.

THE COURT:  Mr. Eoannou, how long to file your motions?

MR. EOANNOU:  If I could have 60 days, Judge.

THE COURT:  Sure.

THE CLERK:  August 12th.

THE COURT:  Mr. Tripi, how long to respond?  Basically your options are two weeks or 30 days.

**MR. TRIPI:** Right. I'm trying to decide if I want the two weeks or the 30 days.

**THE COURT:** Okay.

**MR. TRIPI:** Judge, let's go two weeks. I have a trial around there, but I think I can get it done in two weeks.

If not, I would only ask for a little extension, but I think I can do it in two weeks.

**THE COURT:** Okay.

**THE CLERK:** August 26th.

**THE COURT:** Now, we'll give Mr. Eoannou two weeks to reply.

**MR. EOANNOU:** Thank you, Judge.

**THE CLERK:** September 9.

**THE COURT:** And we'll schedule oral argument.

**THE CLERK:** September 16th at 10:30.

**MR. TRIPI:** May I be heard as for the exclusion of time, Your Honor?

**THE COURT:** Yes.

**MR. TRIPI:** Judge, based on the scheduling court -- the Court just implemented, the Government would request that time from today's date through and including the defense motion filing deadline of August 12, 2019, be excluded from the calculations of the Speedy Trial Act clock.

The intervening time period will be utilized for the Government to obtain discoverable material and disclose it to

the defense, pursuant to Rule 16, and its policy of voluntary discovery.

That discovery will enable defense counsel to prepare effective motions, discuss the case effectively with his client and/or pursue any pretrial dispositions which may be to the defendant's benefit.

For all those reasons, it would outweigh both the public and the defendant's right to a speedier trial.

And we'd ask to the time be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and Section (h)(7)(B)(4), in the interest of justice and for effective assistance and continuity of counsel.

**THE COURT:**  Mr. Eoannou?

**MR. EOANNOU:**  No objection.

**THE COURT:**  I find that for the reasons stated by the Government, that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

And the time between today and August 12, 2019, shall be excluded from the speedy trial trial clock.

He's already been released on conditions --

**MR. TRIPI:**  That's correct.

**THE COURT:**  -- I believe.

**MR. TRIPI:**  Yes.

**THE COURT:**  I know of no problem or anything like

that.

MR. EOANNOU:  No.  There are none.

THE COURT:  So he will be released again on those same conditions.

MR. TRIPI:  Yeah.  We're not asking for any changes at this time.

THE COURT:  Okay.

Anything else?

MR. EOANNOU:  No, Judge.

MR. TRIPI:  No, Your Honor.

THE COURT:  All right.  Have a great day.

MR. TRIPI:  Thank you.

(Proceedings concluded at 11:38 a.m.)

*   *   *

"I certify that the foregoing is a correct transcript, to the best of my ability, from the record of proceedings in the above-entitled matter."


_s/ Bonnie S. Weber_          _January 26, 2022_
  Signature                      Date

BONNIE S. WEBER

Official Court Reporter
United States District Court
Western District of New York